# United States Court of Appeals for the Federal Circuit

————————————

September 20, 2018

**ERRATA**

————————————

Appeal No. 2017-2256

**NOBEL BIOCARE SERVICES AG,**
*Appellant*

**v.**

**INSTRADENT USA, INC.,**
*Appellee*

Decided:  September 13, 2018
Precedential Opinion

————————————

The following changes have been made:

Page 21, line 5, "C." has been changed to "B."

Page 25, line 23, "D." has been changed to "C."